

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CALVIN LORINZO PERRY,<br>Petitioner, | Civil Action No. 7:08-cv-00187 |
| v. | **FINAL ORDER** |
| GENE JOHNSON,<br>DIRECTOR OF PRISONS,<br>Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely, pursuant to 28 U.S.C. § 2244(d)(1) and Rule 4 of the Rules Governing §2254 Proceedings, and this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 11th day of April, 2008.

Senior United States District Judge